UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> _Eustolio Encinas-Armenta,_ ) <br> Defendant(s) _et al_ ) <br> ) | CRIMINAL NO. _08CR1137-L_ <br> _08mj8967_ <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge,    **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed /(Order of Court)).

_Eduardo Mendez-Hernandez_
_06168298_
_883645_

DATED: _4/10/08_

RECEIVED _____ DUSM

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _J. Flores_
Deputy Clerk