

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Criminal Case No. 08CR1137-L |
| )   | |
| Plaintiff,   ) | **I N F O R M A T I O N** |
| )   | |
| v.   ) | Title 8, U.S.C., |
| )   | Secs. 1324(a)(1)(A)(ii) and |
| EUSTOLIO ENCINAS-ARMENTA (1),   ) | (v)(II) - Transportation of |
| RAYMUNDO ANDRADE-ZAMORA (2),   ) | Illegal Aliens and Aiding and |
| )   | Abetting |
| Defendants.   ) | |

The United States Attorney charges:

On or about March 27, 2008, within the Southern District of California, defendants EUSTOLIO ENCINAS-ARMENTA and RAYMUNDO ANDRADE-ZAMORA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Eduardo Mendez-Hernandez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: April 10, 2008 .

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
4/10/08