AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| RAYMUNDO ANDRADE-ZAMORA (2) | CASE NUMBER: 08 mj 8267 <br> 08CR1137-L |

    I, RAYMUNDO ANDRADE-ZAMORA, the above-named defendant, who is accused of committing the following offenses:

    Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 4/10/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Raymundo A.
    Defendant

Wendy S. Gerboth
    Defense Counsel

Before _____
    Judicial Officer

FILED
APR 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY